◼ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TERRENCE REESE, Respondent, v HAROLD J. SMITH, as Superintendent of the Attica Correctional Facility, Appellant.—Judgment unanimously affirmed upon the opinion at Trial Term, Wyoming County Court. (Appeal from judgment of Wyoming County Court sustaining writ of habeas corpus.) Present—Marsh, P. J., Cardamone, Mahoney, Del Vecchio and Witmer, JJ.